UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY FIXL,

    Plaintiff,

v.                                                                                  Case No. 6:22-cv-901-RBD-LHP

RANDALL MECHANICAL, INC.;
and JEFFREY S. CONDELLO,

    Defendants.
_____

## ORDER

Before the Court is the parties' Joint Motion to Approve Settlement. (Doc. 111 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends that the Court grant the motion in part. (Doc. 115 ("R&R").) The parties jointly filed a Notice of No Objection (Doc. 116), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 115) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 111) is **GRANTED IN PART AND DENIED IN PART**:

      a. The Motion is **GRANTED** in that:

           i. The Court **FINDS** that the Settlement Agreement (Doc. 111-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

           ii. This case is **DISMISSED WITH PREJUDICE** with respect to the sixty-nine members of the settlement collective.

           iii. This case is **DISMISSED WITHOUT PREJUDICE** with respect to the following individuals: (1) James Allen; (2) Dariel Davila; (3) Brandon Eavey; (4) Tammy Fisk; (5) Douglas Irwin; (6) Frank Pasta; (7) Luis Perez Rentas; (8) Darryl Tompkins; and (9) Hector Torres.

      b. The Motion is **DENIED** to the extent it requests that the Court retain jurisdiction to enforce the Settlement Agreement or for any other purpose.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 25, 2024.


ROY B. DALTON, JR.
United States District Judge